# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

December 28, 2004

Clarine Stephens
6206 8th Street, NW
Washington, DC 20011-1923

    RE: Stephens v. Roche

---

Dear Ms. Stephens:

The above-entitled petition for writ of certiorari was received December 27, 2004. The papers are returned for the following reason(s):

    The petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was September 13, 2004. Therefore, the petition was due on or before December 12, 2004. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

    The time for filing a petition for a writ of certiorari is not controlled by the date of the issuance of the mandate. Rule 13.3.

                Sincerely,
                William K. Suter, Clerk
                By:

                S. Elliott
                (202) 479-3025

Enclosures

No. 04M45
Title:            Clarine Stephens, Petitioner

                 v.

                 James G. Roche, Secretary of the Air Force

Docketed:        January 7, 2005
Lower Ct:        United States Court of Appeals for the District of Columbia Circuit
 Case Nos.:      (04-5015)

~~~Date~~~  ~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~~~~~

Jan 5 2005   Motion of petitioner to direct the Clerk to file a petition for a writ of certiorari out-of-time
             filed.

Jan 12 2005  DISTRIBUTED for Conference of February 18, 2005.

Feb 22 2005  Motion Denied.

---

~~~Name~~~~~~~~~~~~~~~~~~~~        ~~~~~~~Address~~~~~~~~~~~~~~~~~~~        ~~~Phone~~~

**Attorneys for Petitioner:**

Clarine Stephens                  6206 8th Street, N.W.                    (202) 882-8349
                                  Washington, DC  20011-1923

Party name: Clarine Stephens


**Attorneys for Respondent:**

Paul D. Clement                   Acting Solicitor General                 (202) 514-2217
                                  United States Department of Justice
                                  950 Pennsylvania Avenue, N.W.
                                  Room 5614
                                  Washington, DC  20530-0001

Party name: James G. Roche, Secretary of the Air Force



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS AIR FORCE DISTRICT OF WASHINGTON
BOLLING AIR FORCE BASE DC 20332

REPLY TO
ATTN OF    CV                                                    28 May 1992

SUBJECT    Notice of Final Agency Decision -  #HH2W92002

TO

Ms. Clarine Stephens
6206 8th Street, N.W.
Washington, DC  20011-1923

1.  The Agency has reviewed the complaint of discrimination that
you filed at Bolling AFB, Washington DC 20332-5000.  We have
determined the issue to be:

   Whether you were discriminated against because of your race
   (Negro), Color (black), and age (51) when on 30 January 1992,
   you were given an out of cycle unsatisfactory performance
   rating that you alleged was given to you in order to keep your
   name from appearing on any certificate for promotion?

2.  An inquiry was conducted by an AFDW EEO Counselor with a
Notice of Final Interview being issued on 4 May 92.  You filed a
formal complaint with the AFDW Chief EEO Counselor on 11 May 92.

3.  AFR 40-1613, para 2-4f, states that the Agency can reject a
complaint if the complaint is not brought to the attention of an
EEO Counselor or Chief Counselor within 30 days after the incident
or personnel action complained about.  The alleged incident
occurred on 17 Jan 92.  You first contacted the Chief EEO
Counselor on 17 March 92.  Therefore, your allegation is rejected
under AFR 40-1613 due to untimeliness.

4.  If you are dissatisfied with this final decision, you have the
following appeal rights.

   a.  You may file a notice of appeal to the Equal Employment
Opportunity Commission (EEOC) Office of Review and Appeals within
20 calendar days after receiving the decision and submit a brief or
statement to EEOC to support your appeal within 30 calendar days
after filing your notice of intent.  The appeal and any supporting
data must be submitted in duplicate to the Director, Office of
Review and Appeals, Equal Employment Opportunity Commission, P. O.
Box 14898, Washington, DC 20036.  Additionally, a copy of your
appeal must be furnished to Air Force Civilian Appellate Review
Agency/ARB, Wright Patterson AFB, OH 45433-5000.                *06 0751*

   b.  Instead of an appeal to the Commission, you may file a
civil action in a US District Court within 30 calendar days after
receiving the Agency's final decision.

**FILED**

APR 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    c.  If you elect to appeal to the EEOC Office of Review and Appeals, you may file a civil action in a US district court within 30 calendar days after receiving the Commission's final decision.

    d.  A civil action may also be filed at any time after 180 days after the date of initial appeal to the Commission, if a final decision has not been rendered.

    e.  When filing a civil action, you may ask the court to appoint an attorney to represent you.

5.  Questions should be referred to Ms Crystal Metcalf-Weinstein, AFDW Chief EEO Manager, AFDW/CCD, Bolling AFB, DC 20332-5000, commercial telephone (202) 767-0377 or DSN 297-0377.

GEORGE C. HARVEY, Colonel, USAF      cc: AFDW/JA
Vice Commander                   AFDW/DPC
                               AFCARA