UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| CLARINE STEPHENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-751 (RBW) |
| ) | |
| MICHAEL WYNNE, ) | |
| ) | |
| Defendant. ) | |

**ORDER TO SHOW CAUSE**

On April 25, 2006, the pro se plaintiff filed a complaint against the Secretary of the Air Force claiming discrimination and retaliation relating to her allegedly wrongful termination from Bolling Air Force Base in 1992. The Court notes that the plaintiff's complaint in this case is identical in every respect to her complaint in a prior case, Stephens v. Roche, Civil Action No. 03-2027. Roche was dismissed by another member of this Court on the grounds that the subject matter had been previously litigated (and dismissed) in yet another prior complaint, Stephens v. Widnall, Civil Action No. 93-1443.[1]  Accordingly, it is, this 27th day of April 2006, hereby

**ORDERED** that the plaintiff shall show cause by May 11, 2006, why her complaint should not be dismissed on the grounds that it has been previously litigated. The plaintiff shall also show cause by that date why she should not be summarily barred from refiling this complaint in the future.

---

[1] Stephens v. Roche, No. 03-2027, slip op. at 1 (D.D.C. Dec. 30, 2003), aff'd, No. 04-5015, 2004 WL 941196 (D.C. Cir. Apr. 29, 2004), cert. denied, 543 U.S. 1142 (2005) (discussing Stephens v. Widnall, No. 93-1443, 1997 WL 122881 (D.D.C. Mar. 7, 1997), aff'd, 1997 WL 404326 (June 30, 1997), cert. denied, 522 U.S. 1004 (1997)).

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge