UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLARINE STEPHENS
6206 8TH STREET, NW
WASHINGTON, DC  20011-1923
        Plaintiff

Vs

Civil Action No. 06-0751 (RBW)

MICHAEL WYNNE
SECRETARY OF THE AIR FORCE
1670 Air Force Pentagon, SAF/OS
Washington, DC 20330-1670
        Defendant

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO SHOW CAUSE

My dismissal (Termination) was in retaliation for filing complaints with the EEO, Bolling AFB in 1992 Everything that I stated in my complaint are facts. Defendant's behavior was in retaliation for my EEO activity in 1992. Defendant took the adverse personnel action to silence me because of my participation in the protected EEO activity. Defendant was wrong. Defendant used force that wasn't necessary, wanting to cause me to have a nervous breakdown. In September 1997, I opposed to Defendant's Motion for Summary Judgment. I opposed Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.

I understand that my complaint has been through litigation. I am not asking that this complaint go back through litigation again. But, what I am trying to do is obtain a

Docket Number from the Supreme Court. Please note that I am not an attorney. When my complaint was with Judge Stanley S. Harris (case # 93-1443), I had major problems with my attorney Gregory LeeAndrew Thomas. Thomas was not good for this case at all. On 17 April 1997, I filed a Notice Of Appeal, from the judgment that was entered 7 April 1997 in favor of the Defendant. I won the appeal. At the Supreme Court, the clerk explained that my case had to be sent back to where it originated in order to be won. But I did not know at that time that I had to re-file my case with the United States District Court for this to take place. But in July 2003, I spoke with a legal person and she explained that I had to re-file my case with the United States District Court.

1 October 2003, I filed case # 03-2027 (Judge Ellen Segal Huvelle). On 30 Dec 2003, judgment was entered with prejudice against me. On 15 January 2004, I filed a Notice Of Appeal. In an Order dated April 29, 2004, Stamped MANDATE issued 9.29.04, The last paragraph (which are my instructions) states: "<u>Pursuant to D.C. Circuit Rule 36, this disposition will no be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.</u>"

On 13 September 2004, my petition for rehearing en banc, was denied by the United States Court of Appeals.

Since then, my complaint has going back to the United States Air Force, where it originated and I won there. But I do not have a Docket Number.
At this point, I am trying to work my way back up to the Supreme Court in hope that I will obtain a Docket Number. Once this case gets to the Supreme Court, I will dismiss it

there. Please, I beg the courts to except my apology in this case. This is my Retirement. I am not an attorney, and at this point I can not afford an attorney.

I filed the petition for writ of certiorari December 27, 2004. However, the petition was out-of-time. The date of the lower / appeals court judgment or order denying a timely petition for rehearing was September 13, 2004. Therefore, the petition was due on or before December 12, 2004. In accordance with the Supreme Court Rules 13.1, 29.2 and 30.1. I calculated the 90 days for filing the petition from the date of the issuance of the Mandate, which is incorrect. Supreme Court Rule 13.3.

As stated in the clerk's letter dated December 28, 2004, when the time to file a petition for writ of certiorari in a civil case (habeas action included) has expired, the court no longer has the power to review the petition.

However, I filed a Motion on January 5, 2005, for the Supreme Court to file the petition for writ of certiorari out-of-time, and review the petition. But, the Motion was denied February 22, 2005.

Starting April 2004, I was dealing with the Bankruptcy Court (Chapter 13), running to and from the attorney's office. Running to and from the dentist to have all of my teeth extracted. Having major problems with car repairs, without money to support any of this. I was having so much confusion until I just lost all sense of directions. And the 90 days time frame for me to get to the Supreme Court elapse. I apologize profusely to the courts for letting this happen. This has been quite a struggle for me.

But at this point, I am searching for a DOCKET NUMBER. And I have been told that the DOCKET NUMBER has to come from the Supreme Court.

*Clarine Stephens*
CLARINE STEPHENS
6206 8th Street NW
Washington, DC 20011-1923
(202) 882-8349

DATE:  May 4, 2006

4