UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLARINE STEPHENS
6206 8TH Street, NW
Washington, DC 20011-1923
               Plaintiff

     Vs                               Civil Action # 06-0751 (RBW)

MICHAEL WYNNE
Secretary of the Air Force
1670 Air Force Pentagon, SAF/OS
Washington, DC 20330-1670
               Defendant

AFFIDAVIT OF SERVICE

I, (Debbie L. Dunn), hereby declare that on the 26 day of April, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Solicitor General of the United States, Room 5614, Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001. Attached hereto is the