UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLARINE STEPHENS
6206 8TH Street, NW
Washington, DC 20011-1923
                Plaintiff

      Vs                              Civil Action #06-0751 (RBW)

MICHAEL WYNNE
Secretary of the Air Force
1670 Air Force Pentagon, SAF/OS
Washington, DC 20330-1670
                Defendant

AFFIDAVIT OF SERVICE

I, (Debbie L. Dunn), hereby declare that on the 26 day of April, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Michael Wynne, Secretary of the Air Force, 1670 Air Force Pentagon, SAF/OS, Washington, DC 20330-1670. Attached hereto is the certified green card acknowledging service.

[Attached: PS Form 3811 Domestic Return Receipt, article number 7004 2890 0004 2340 7350, addressed to Michael Wynne, Secretary of the Air Force, 1670 Air Force Pentagon, SAF/OS, Washington, DC 20330-1670; signed by agent; date of delivery 5/3/06.]

Debbie L. Dunn
6206 8th Street, NW
Washington, DC 20011-1923
(___) 882-8349