UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



CLARINE STEPHENS
6206 8TH Street, NW
Washington, DC 20011-1923
              Plaintiff

Vs                                         Civil Action #06-0751 (RBW)

MICHEAL WYNNE
Secretary of the Air Force
1670 Air Force Pentagon, SAF/OS
Washington, DC 20330-1670
              Defendant

AFFIDAVIT OF SERVICE

I, (Debbie L. Dunn), hereby declare that on the 26 day of April, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U. S. Attorney [...], DC 20001. Attached [...] NW [...] C 20011-1923

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorney for the
District of Columbia
501 Third St NW
Washington, DC. 20001

2. Article Number
(Transfer from service label)

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 0 3 2006

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes