# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLARINE STEPHENS
6206 8th Street, NW
Washington, DC  20011-1923
_____
                Plaintiff

vs.                                    Civil Action No. 06-0751 (RBW)

MICHAEL WYNNE
Secretary of the Air Force
_____
                Defendant

## NOTICE OF APPEAL

Notice is hereby given this  12th  day of  June  , 20 06 , that referenced case is hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the  18th  day of  May  , 2006

in favor of  - that referenced case is dismissed with prejudice.

against said  Clarine Stephens.

                                       Clarine Stephens  *Clarine Stephens*
                                       _____
                                       Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Michael Wynne
Secretary of The Air Force
1670 Air Force Pentagon, SAF/OS
Washington, D.C. 20330-1670

RECEIVED
JUN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
=====NO REFUND WITHOUT RECEIPT=====
    CHECK TENDERED :              $455.00
           $55.00
----- TOTAL -----
           $55.00
062700    FILING FEE CIVIL
CASE # 06-751
=====NO REFUND WITHOUT RECEIPT=====
DC  1-2 DEB2        Receipt # 126095
06/12/06                    9:46:52 AM
            WASHINGTON D.C.
         U.S. DISTRICT COURT
```